UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

NORTHERN DIVISION

ABRIELLE LONDO,

    Plaintiff,

v.                                      DOCKET NO: 2:20-cv-53

ENRIGHT FAMILY RESTAURANTS D/B/A
BIG BOY, and STEPHEN WHELAN,

    Defendant.

*FILED - MQ*
*July 20, 2020 3:55 PM*
*CLERK OF COURT*
*U.S. DISTRICT COURT*
*WESTERN DISTRICT OF MICHIGAN*
*BY: slk  SCANNED BY: /7-20-20*

## PROOF OF SERVICE

On the date below, I delivered a copy of the Answer to Complaint and Jury Demand to the following people:

Sandra Burink
501 Hillside Drive
Marquette, MI 49855

by first-class mail.

I declare that the statements above are true to the best of my information, knowledge and belief.

7-20-20
Dated

_____
Stephen Whelan