UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ABRIELLE LONDO,

    Plaintiff,

v.

ENRIGHT FAMILY RESTAURANTS, et al.,

    Defendants.

_____/

Case No. 2:20-cv-53

HONORABLE PAUL L. MALONEY

## ORDER TO FILE CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, a nongovernmental corporate party must file a disclosure statement that (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is no such corporation. A review of the docket for this case has revealed that Defendant Enright Family Restaurants has not filed the requisite disclosure.

IT IS HEREBY ORDERED that Defendant Enright Family Restaurants shall file a corporate disclosure statement within seven (7) days of the date of this order.

Dated: July 21, 2020

  /s/ Paul L. Maloney_____
Paul L. Maloney
United States District Judge