UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ABRIELLE LONDO,

       Plaintiff,                   Case No. 2:20–cv–53

  v.                                    Hon. Paul L. Maloney

ENRIGHT FAMILY RESTAURANTS, et al.,

       Defendants.
_____/

## NOTICE OF HEARING CANCELLATION

       The Rule 16 Conference set in this matter for **August 11, 2020** is hereby **adjourned without date.** There will also be no need for a status report filed on August 7, 2020.

                                 U.S. Magistrate Judge

Dated: July 22, 2020       By:     /s/ C. A. Moore_____
                                         Courtroom Deputy