UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION


ABRIELLE LONDO,

     Plaintiff,

                                   Case No. 2:20-cv-53

v.

                                   HONORABLE PAUL L. MALONEY

ENRIGHT FAMILY RESTAURANTS, et al.,

     Defendants.
_____/


## ORDER

      **IT IS HEREBY ORDERED** that the Order for Corporate Disclosure Statement is

VACATED as it was filed in error.



Dated:  July 23, 2020                      /s/ Paul L. Maloney
                                        Paul L. Maloney
                                        United States District Judge