UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 2:20-cv-53-PLM | 9/3/2020 | 2:15 pm – 2:24 pm | Maarten Vermaat |

### CASE CAPTION

Abrielle Londo v Enright Family Restaurants and Steve Whelen

### APPEARANCES

| Attorney: | Representing: |
|---|---|
| Sandra Hanshaw Burink | Plaintiff |
| Phillip Toutant | Defendants |

### PROCEEDINGS

**NATURE OF HEARING:** Rule 16 Scheduling Conference held by phone; case management order to issue

Proceedings Not Recorded
Deputy Clerk:  C.A. Moore