UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ABRIELLE LONDO,

        Plaintiff,                          Case No. 2:20–cv–53

    v.                                        Hon. Paul L. Maloney

ENRIGHT FAMILY RESTAURANTS, et al.,

        Defendants.
_____/

## NOTICE OF HEARING CANCELLATION

      The Telephone status conference set in this matter for **4/15/2021** is hereby **CANCELLED.**   Conference cancelled because Counsel for Plaintiff failed to appear.

                                              U.S. Magistrate Judge

Dated:  April 15, 2021        By:     /s/ C. A. Moore_____
                                                    Courtroom Deputy