UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ABRIELLE LONDO,

        Plaintiff,                 Case No. 2:20–cv–53

    v.                             Hon. Paul L. Maloney

ENRIGHT FAMILY RESTAURANTS, et al.,

        Defendants.
_____/

## ORDER

    Defendant's April 6, 2021 Motion to Adjourn Discovery Cutoff Date and Dispositive Motion Filing Deadline (ECF No. 25) is GRANTED. The discovery deadline will be extended to July 6, 2021 and the dispositive motion deadline will be extended to August 6, 2021. All other deadlines and dates in this Court's case management order (ECF No. 18) remain in effect.

    IT IS SO ORDERED.

Dated: April 15, 2021                       /s/ Maarten Vermaat
                                                MAARTEN VERMAAT
                                                U.S. Magistrate Judge