IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
Northern Division

| | |
|---|---|
| ABRIELLE LONDO, | |
| Plaintiff, | Case No. 2:20-cv-53-PLM-MV |
| v. | U.S. District Judge: Hon. Paul L. Maloney |
| ENRIGHT FAMILY RESTAURANTS, and STEVE WHELAN, | U.S. Magistrate Judge: Hon. Maarten Vermaat |
| Defendants. | |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants, through their attorneys, Numinen, DeForge & Toutant, P.C., ask this Court to enter summary judgment in Defendants favor pursuant to Fed. R. Civ. P. 56 in their favor for the reasons set forth in their Brief in Support.

Respectfully submitted,

**Numinen, DeForge & Toutant, P.C.**

s/ Phillip B. Toutant
_____
PHILLIP B. TOUTANT (P72992)
Attorney for Defendants
105 Meeske Ave.
Marquette, MI 49855
(906) 226-2580
phillip@numinenlaw.com