# **EXHIBIT 5**

# Phillip Toutant

| | |
|---|---|
| **From:** | Sandra Burink <shburink@hb-lawoffices.com> |
| **Sent:** | Tuesday, June 1, 2021 3:03 PM |
| **To:** | Phillip Toutant |
| **Cc:** | Anne Perala; Lauren Peters |
| **Subject:** | Londo |

Hi Phil,

I just wanted to follow up to let you know I am working on getting you the signed authorizations and my client is searching for any additional documents she may have. So far, her efforts have not produced anything, but I have directed her to look in all areas to be sure she has exhausted her efforts.

Thank you and please let me know of any questions or concerns.

Sandra

1