# **EXHIBIT 6**

## Phillip Toutant

| | |
|---|---|
| **From:** | Sandra Burink <shburink@hb-lawoffices.com> |
| **Sent:** | Wednesday, September 8, 2021 6:12 PM |
| **To:** | Phillip Toutant |
| **Cc:** | Anne Perala |
| **Subject:** | Re: Londo v. Enright, et al. |

Hi Phil,

Let me talk with my client and I will be in touch with you. I have meetings all day tomorrow so please know that I will be back with you as soon as I can.

Have a nice evening,

Sandra

---

**From:** Phillip Toutant <phillip@numinenlaw.com>
**Sent:** Wednesday, September 8, 2021 4:41 PM
**To:** Sandra Burink <shburink@hb-lawoffices.com>
**Cc:** Anne Perala <Anne@numinenlaw.com>
**Subject:** Londo v. Enright, et al.

Ms. Burink:

This email is a request for concurrence pursuant to Fed. R. Civ. P. 37(a)(1) and L. Civ. R. 7.1(d) concerning as of yet unreceived authorizations for the release of your client's medical records.

On February 12, 2021, Defendants served their Requests for Production of Documents. Request No. 10 requested that Plaintiff "execute and return the attached authorizations for the release of health, employment and other information." Due to a clerical error by my staff, the authorizations were not attached. Instead of expressing willingness to sign authorizations or to request the inadvertently omitted materials, Ms. Rector's response was that there were no documents attached.

On May 12, 2021, Defendants served their Second Requests for Production of Documents, which again requested that Ms. Rector sign authorizations for the release of medical information. No responses to these requests have been received.

Then, at Ms. Rector's deposition on May 24, 2021, I requested that Ms. Rector execute the authorizations for the release of her medical information. She refused to do so.

To date, we have not received authorizations to release Ms. Rector's records. This is important information that my clients need to prepare for trial. My position is that Defendants' Motion for Summary Disposition should be granted, making this a moot issue. However, I cannot count on that and must obtain Ms. Rector's medical records to prepare this matter for trial.

Please advise.

Best,

Phil Toutant

Phillip B. Toutant
NUMINEN, DeFORGE & TOUTANT, P.C.
105 Meeske Ave.
Marquette, MI 49855
Ofc. (906) 226-2580
Mob. (906) 250-1711
Fax (906) 226-2248
phillip@numinenlaw.com
http://www.numinenlaw.com

Licensed in Michigan and Wisconsin


**CONFIDENTIALITY NOTICE**: This e-mail message and any attachments to this e-mail message may contain confidential information belonging to the sender which is legally privileged. The information is intended only for the use of the individual or entity to whom it is addressed. Please do not forward this message without permission. If you are not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this transmission is strictly prohibited. If you have received this transmission in error, please notify me immediately by telephone or return email and delete and destroy the original email message, any attachments thereto and all copies thereof.