IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | | |
|---|---|---|
| ABRIELLE LONDO, | ) | |
| | ) | Case No. 2:20-cv-53-PLM-MV |
| Plaintiff, | ) | |
| | ) | U.S. District Judge: |
| v. | ) | Hon. Paul L. Maloney |
| | ) | |
| ENRIGHT FAMILY RESTAURANTS, | ) | |
| et al., | ) | U.S. Magistrate Judge: |
| | ) | Hon. Maarten Vermaat |
| Defendants. | ) | |

## **CERTIFICATE OF COMPLIANCE WITH LCivR 7.3(b)(ii)**

Pursuant to W.D. Mich. LCivR 7.3(b)(ii), I hereby certify that that Defendants' Brief in

Support of Motion to Compel Discovery contains 1,736 words as defined by W.D. Mich. LCivR

7.3(b)(i) and is therefore compliant with said rule. The word count was generated by word

processing software, specifically Microsoft Word for Microsoft 365.


s/ Phillip B. Toutant
_____
PHILLIP B. TOUTANT (P72992)