UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ABRIELLE LONDO,

       Plaintiff,                      Case No. 2:20–cv–53

     v.                                Hon. Paul L. Maloney

ENRIGHT FAMILY RESTAURANTS, et al.,

       Defendants.
_____/

## ORDER

     The parties' stipulation adjourning the dates in the Amended Case Management Order (ECF No. 41) is respectfully DENIED. An opinion and order have been entered on Defendants' motion for summary judgment. Judge Maloney is presiding over the other trial that Plaintiff's counsel has scheduled as well as trial in this matter and is expecting to hear both cases the week of October 18. The trial for October 18, 2021 will remain as scheduled along with all associated hearings and deadlines.

     IT IS SO ORDERED.


Dated: September 29, 2021                /s/ Maarten Vermaat
                                                             MAARTEN VERMAAT
                                                             U.S. Magistrate Judge