IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | | |
|---|---|---|
| ABRIELLE LONDO, | ) | |
| | ) | Case No. 2:20-cv-53-PLM-MV |
| Plaintiff, | ) | |
| | ) | U.S. District Judge: |
| v. | ) | Hon. Paul L. Maloney |
| | ) | |
| ENRIGHT FAMILY RESTAURANTS, | ) | |
| et al., | ) | U.S. Magistrate Judge: |
| | ) | Hon. Maarten Vermaat |
| Defendants. | ) | |

### CERTIFICATE OF COMPLIANCE WITH LCivR 7.1(d)

Pursuant to W.D. Mich. LCivR 7.1(d), I hereby certify that I have attempted to obtain concurrence from Plaintiff's counsel concerning the relief requested in Defendants' Motion to Remand by emailing Plaintiff's counsel on September 29, 2021. On the same day, Plaintiff's counsel responded, stating that Plaintiff does not concur with the relief requested.

s/ Phillip B. Toutant

PHILLIP B. TOUTANT (P72992)