IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | | |
|---|---|---|
| ABRIELLE LONDO, | ) | |
| | ) | Case No. 2:20-cv-53-PLM-MV |
| Plaintiff, | ) | |
| | ) | U.S. District Judge: |
| v. | ) | Hon. Paul L. Maloney |
| | ) | |
| ENRIGHT FAMILY RESTAURANTS, | ) | |
| et al., | ) | U.S. Magistrate Judge: |
| | ) | Hon. Maarten Vermaat |
| Defendants. | ) | |

**EXPEDITED CONSIDERATION REQUESTED**

**DEFENDANTS' MOTION FOR EXPEDITED CONSIDERATION OF DEFENDANTS' MOTION TO REMAND OR DISMISS**

Pursuant to LCivR 7.1(e), Defendants hereby request expedited consideration of Defendants' Motion to Remand or Dismiss. Defendants seek expedited consideration of their Motion (PageID.298-PageID.300) because the parties are required to do a significant amount of work for the final pretrial/settlement conference per the Court's Case Management Order. As set forth in Defendants' Motion to Remand or Dismiss, this case should now be heard in state court. See *id.* Given this, the significant and fast-approaching amount of work to prepare the case for trial in federal court would be unnecessary. Not giving Defendants' Motion to Remand or Dismiss would result in a significant amount of unnecessary work and inefficiency for all parties and the Court, since it would be required to hold an unnecessary final pretrial/settlement conference and begin vetting of the parties' motions in limine and other pretrial filings.

Defendants file this as a separate motion as Defense counsel inadvertently omitted the request for expedited relief in Defendants' Motion itself. Despite this procedural irregularity, Defendants respectfully request expedited consideration of Defendants' Motion to Remand or Dismiss at the Court's discretion.

    Respectfully submitted,

    **Numinen, DeForge & Toutant, P.C.**

    s/ Phillip B. Toutant
_____
PHILLIP B. TOUTANT (P72992)
Attorney for Defendants
105 Meeske Ave.
Marquette, MI 49855
(906) 226-2580
phillip@numinenlaw.com