# **<u>EXHIBIT 1</u>**

**Phillip Toutant**

| | |
|---|---|
| **From:** | Sandra Burink <shburink@hb-lawoffices.com> |
| **Sent:** | Wednesday, September 29, 2021 2:52 PM |
| **To:** | Phillip Toutant; Anne Perala; Abigail Polini |
| **Subject:** | Londo--FRE 408 |

Phil,

REDACTED--F.R.E. 408    REDACTED--F.R.E. 408    As she testified, it was Mr. Whelan's behavior after she refused his sexual advances that led her to take a leave of absence to recover from the emotional distress.  As such, it will be easy for Ms. Londo to demonstrate to the jury her significant emotional distress damages. REDACTED--F.R.E. 408

Ms. Londo, and other former employees, will testify at trial to the sexual harassment they too endured at the hands of Mr. Whelan. REDACTED--F.R.E. 408

Please advise on your client's position. Otherwise we are prepared to litigate her claim.

Thank you,

Sandra Hanshaw Burink

1