# **EXHIBIT 2**

```
 1                IN THE UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF MICHIGAN
 2                         NORTHERN DIVISION

 3    ABRIELLE LONDO (RECTOR),     )
                                   )
 4         Plaintiff,              )   Case No. 2:20-cv-53-PLM-MV
                                   )
 5    vs.                          )   U.S. District Judge:
                                   )   Hon. Paul L. Maloney
 6    ENRIGHT FAMILY RESTAURANTS,  )
      and STEVE WHELAN,            )   U.S. Magistrate Judge:
 7                                 )   Hon. Maarten Vermaat
           Defendants.             )
 8    _____)

 9              DEPOSITION OF ABRIELLE LONDO (RECTOR)

10         Taken on the part of the Defendants, at the offices of
      Numinen, DeForge & Toutant, P.C., 105 Meeske Avenue,
11    Marquette, Michigan, on Monday, May 24, 2021, at about
      11:03 a.m.
12
      APPEARANCES:
13
           For the Plaintiff:  Sandra Hanshaw Burink (P68619)
14                             Hanshaw Burink PLC
                               501 Hillside Drive
15                             Marquette, MI 49855-5040
                               (906)273-1551
16                             shburink@hb-lawoffices.com

17         For the Defendants: Phillip B. Toutant (P72992)
                               Numinen, DeForge & Toutant, P.C.
18                             105 Meeske Avenue
                               Marquette, MI 49855
19                             (906)226-2580

20         Also in attendance: Steve Whelan

21

22

23         Reported by:    Sandra A. Larson, CSR-2916, RMR
                           NORTHERN REPORTERS
24                         P.O. Box 27
                           Marquette, Michigan 49855
25                         (906)226-2706
                           northernreporters@yahoo.com
                                       1
```

```
 1          beginning of the deposition the only ones you were
 2          taking?
 3    A     I wasn't taking them then.
 4    Q     So you were on no medications at all, from September of
 5          2017 until 2019?
 6    A     Nope.
 7    Q     Okay.  None at all?
 8    A     No.  I was pregnant a good majority of the time.
 9    Q     So from '17 to '19, no medications?
10    A     No.
11    Q     I am going to turn to, when you were working at Enright
12          Family Restaurants, you took a leave for a period;
13          correct?
14    A     Yes.
15    Q     When was that?
16    A     January of '19 to February of '19.
17    Q     What was that leave for?
18    A     I was pregnant.
19    Q     Is that it?
20    A     Under a lot of stress.  I had just recently had a
21          miscarriage and a TIA.
22    Q     So the leave from January '19 to February '19 was not
23          due to the miscarriage or TIA, but it was due to stress
24          you were under and pregnancy?
25    A     Due to all of it.  A miscarriage and a stroke can be
```

```
 1            very stressful.
 2     Q      Okay.
 3     A      Along with the amount of stress I was under at work.
 4     Q      Okay.  So when was the miscarriage?
 5     A      October 17th of 2018.
 6     Q      When was the transient ischemic attack?
 7     A      November 2nd.
 8     Q      2018?
 9     A      Yes.
10     Q      And then when did you find out you were pregnant?
11     A      Again?
12     Q      Right.  You said that you were on leave from January of
13            '19 to February of '19, the first reason being because
14            you were pregnant.  When did you find out that you were
15            pregnant then?
16     A      I found out I was pregnant December 14 -- December 12th
17            or the 14th of 2018.
18     Q      Okay.  So in February of 2019, you requested to return
19            to work at Enright; is that correct?
20     A      I requested to return to work prior to my leave, yes --
21            my finished leave, yes.
22     Q      What do you mean?  Explain that.
23     A      I was on leave until February 21st, and was terminated
24            February 17th.
25     Q      Right.  So when you were terminated -- Before you were
```

51