# **EXHIBIT 3**

Page 1

1              UNITED STATES DISTRICT COURT

2           FOR THE WESTERN DISTRICT OF MICHIGAN

3                     NORTHERN DIVISION

4

5    ABRIELLE LONDO,

6              Plaintiff,

7                                    Civil Action

8       -vs-                         Case No. 2:20-cv-53

9                                    Hon. Paul L. Maloney

10   ENRIGHT FAMILY RESTAURANTS,

11   D/B/A BIG BOY, and STEVE

12   WHELAN, Individually.

13             Defendants.

14                                          /

15   PAGE 1 TO 63

16

17      The Deposition of STEVE WHELAN,

18      Taken via Veritext Remote,

19      Commencing at 3:30 p.m.,

20      Tuesday, March 30, 2021,

21      Before Rhonda M. Foster, CRR, RMR, RPR, CSR-3612.

22

23      Court reporter, attorneys and witness appearing remotely.

24

25

Page 21

```
 1            those things?
 2   A.       No.
 3   Q.       Did Abbey ever share with you that she was the survivor
 4            of domestic violence?
 5   A.       Maybe.
 6   Q.       What other sort of things did you and Abbey do outside
 7            of work?
 8   A.       I bought a car from her, so she -- the bank was trying
 9            to take it back or something, I bought it, so we were
10            going to try and sell it for more than what I had to
11            pay the bank.
12   Q.       Did that end up working out?
13   A.       Not -- we couldn't get what we wanted for it.
14   Q.       Did it end up selling?
15   A.       It did -- well, I kept it for my daughter for a while
16            and then I sold it later.
17   Q.       What kind of a car was it?
18   A.       Chevy Impala.
19   Q.       Okay.  What year was that car?
20   A.       2012 or '13, I don't remember.
21   Q.       Did it run pretty good?
22   A.       It had some issues right when we went to -- tried to
23            sell it.  We had to get some stuff fixed on it.  I
24            don't remember everything.  But the check engine light
25            was on, all of those things.
```

Page 33

1  Q.   And Abbey told you she wasn't interested that way?
2  A.   No.
3  Q.   You weren't happy that she did not want you
4       romantically, were you?
5  A.   Excuse me?
6            MR. TOUTANT:  Objection to the form of the
7       question.
8  BY MS. BURINK:
9  Q.   Sure.  Were you upset that Abbey was not interested in
10      you romantically?
11           MR. TOUTANT:  Same objection.
12 BY MS. BURINK:
13 Q.   Do you understand the question?
14 A.   Say it again in a different form.
15 Q.   Okay.  Were you upset that Abbey did not want to date
16      you romantically?
17           MR. TOUTANT:  I am going to object to the
18      form of the question because it implies that
19      it's -- its underlying premise --
20           MS. BURINK:  You know what, I will just
21      scratch that last question.  That's totally fine.
22 BY MS. BURINK:
23 Q.   I can ask you a different question.
24           Did you ever hang out with Abbey in a group
25      setting outside work?

```
                                                        Page 49
 1              didn't happen that day.  And he left.
 2    Q.   Didn't you say that Mrs. Goodreau complained that
 3         Mr. Outlaw had rubbed her arm before?
 4    A.   On Sunday she said that, yes.
 5    Q.   And did you address that with Mr. Outlaw?
 6    A.   Yes.
 7    Q.   Okay.  So that's what I am trying to find out.
 8              What did you do to Mr. Outlaw to prevent this
 9         from happening again?
10    A.   I haven't talked to him.  He walked out.
11    Q.   Is he still an employee?
12    A.   As of right now, no.
13    Q.   Do you plan on bringing him back?
14    A.   I have to talk to him first.
15    Q.   Is Ms. Goodreau still employed?
16    A.   No.
17    Q.   Why is she not an employee?
18    A.   She called him a ni███r three times.
19    Q.   Were you -- did you witness this?
20    A.   No.
21    Q.   Did anybody witness it?
22    A.   Yes.
23    Q.   Who witnessed it?
24    A.   Brandon Smaby.
25    Q.   Uh-huh.
```

```
                                                          Page 50
 1   A.    I don't remember who else.  Other people heard it.  It
 2         was very loud.
 3   Q.    Did you get witness statements from anybody?
 4   A.    No.
 5   Q.    And who told you that this situation happened?
 6   A.    I heard loud screaming.  I didn't know what they were
 7         saying.  But Shawn told me, and then Brandon said he
 8         heard it.  And I can't remember who else was there that
 9         day.
10   Q.    Did you ask Ms. Goodreau if she had said that?
11   A.    Yes.
12   Q.    And what did she say?
13   A.    Yes.
14   Q.    Did Ms. Goodreau tell you that Mr. Outlaw referred to
15         her as a crackhead whore bitch?
16   A.    Did she what?
17   Q.    Did she inform you that Mr. Outlaw referred to her as a
18         crackhead whore bitch?
19              MR. TOUTANT:  What's the relevance of this to
20         this case?
21              MS. BURINK:  Really?  These statements that
22         are creating a hostile work environment that he allows
23         this employee to remain employed?
24              MR. TOUTANT:  Ms. Goodreau isn't a party to
25         this lawsuit.
```

Page 57

| | | |
|---|---|---|
| 1 | A. | Complaints from customers, complaints from employees, |
| 2 | | complaints from her. |
| 3 | Q. | What were complaints from her? |
| 4 | A. | About her section. |
| 5 | Q. | What were the complaints regarding her section? |
| 6 | A. | She said she got put in the worst section. |
| 7 | Q. | Did you address that complaint? |
| 8 | A. | Yeah. |
| 9 | Q. | Did she ever tell that you she believed that she was |
| 10 | | being placed in that section because she refused to go |
| 11 | | out on dates with you? |
| 12 | A. | No. |
| 13 | Q. | Because she refused to engage in any further sexual |
| 14 | | conduct? |
| 15 | A. | No. |
| 16 | Q. | Were you upset at her for complaining to you about the |
| 17 | | inappropriate conduct? |
| 18 | A. | What? |
| 19 | | MR. TOUTANT: Object to the form of the |
| 20 | | question. |
| 21 | | MS. BURINK: Yeah. I am sorry. |
| 22 | | MR. TOUTANT: Once again, the question |
| 23 | | presupposes an answer that is based on -- |
| 24 | | MS. BURINK: The question is withdrawn. |
| 25 | | MR. TOUTANT: Can you stop interrupting me? |