IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | | |
|---|---|---|
| ABRIELLE LONDO, | ) | |
| | ) | Case No. 2:20-cv-53-PLM-MV |
| Plaintiff, | ) | |
| | ) | U.S. District Judge: |
| v. | ) | Hon. Paul L. Maloney |
| | ) | |
| ENRIGHT FAMILY RESTAURANTS, | ) | |
| et al., | ) | U.S. Magistrate Judge: |
| | ) | Hon. Maarten Vermaat |
| Defendants. | ) | |

## CERTIFICATE OF COMPLIANCE WITH LCivR 7.1(d)

Pursuant to W.D. Mich. LCivR 7.1(d), I hereby certify that I have attempted to obtain concurrence from Plaintiff's counsel concerning the relief requested in Defendants' Motions in Limine by emailing Plaintiff's counsel on September 30, 2021. Plaintiff has not responded to my request for concurrence, with the exception of Motion in Limine No. 10, as to which Plaintiff's counsel did not concur with the relief requested.

s/ Phillip B. Toutant
_____
PHILLIP B. TOUTANT (P72992)