# **<u>EXHIBIT 1</u>**

# Phillip Toutant

| | |
|---|---|
| **From:** | Sandra Burink <shburink@hb-lawoffices.com> |
| **Sent:** | Wednesday, September 29, 2021 2:21 PM |
| **To:** | Phillip Toutant |
| **Cc:** | Anne Perala; Abigail Polini |
| **Subject:** | Londo |

Phil,

**REDACTED--F.R.E. 408** I will also have my portion of the Proposed Joint Final Pretrial Order to you by tomorrow morning for filing on Friday.

Thank you,

Sandra

1