# **EXHIBIT 1**

Sandra Burink
Fri 10/1/2021 10:15 AM

To:

- Phillip Toutant <phillip@numinenlaw.com>;
- Anne Perala <Anne@numinenlaw.com>;
- Abigail Leaf <Abigail@numinenlaw.com>

Phillip,

I am writing to seek concurrence. I intend to file a Motion to Strike Defendants' Final Pretrial Order and Objection. Your objection is not only inflammatory, but it is a gross misrepresentation to the Court.

If you concur, I can simply prepare a Stip and Order. Otherwise, I will file the motion if I do not hear from you by the end of the business day today, October 1, 2021.

Thank you,

Sandra Hanshaw Burink
**Hanshaw Burink, PLC**