# EXHIBIT 2

**From:** Sandra Burink
**Sent:** Friday, October 1, 2021 9:20 AM
**To:** Phillip Toutant <phillip@numinenlaw.com>; Anne Perala <Anne@numinenlaw.com>; Abigail Leaf <Abigail@numinenlaw.com>
**Subject:** Londo v. Enright

Phillip,

I was surprised to see you filed the Joint Proposed Final Pretrial Conference Order yesterday given that you never reached out to me so we could jointly prepare it as ordered by the Court. I realize I informed you that I would have my portion by Thursday, but it's difficult to do so when you have neglected to provide me with the necessary information or where you don't even make an effort to work jointly on it.

Nonetheless, I did file a proposed joint order as well in order to avoid any issues although that was not necessary.

I am also surprised you represented to the court that I was not following the Case Management Order and asked that I be sanctioned as a result, including dismissal of the claim. As you know, the Case Management Order required that we file the joint order <u>three days</u> before the conference, which as you also know, is set for October 5, 2021 Doing the math,
our <u>joint</u> proposed final pretrial order is due on Saturday, October 2. However, you may not be aware, but when the deadline falls on a legal holiday, weekend or date the court is closed, the deadline falls on the next business day. The next business day would be Monday, October 4. Accordingly, your representations to the court that I neglected to follow the court's order were incorrect. I would expect that you would take steps to rectify your misrepresentations.

Also, now that you have access to what I put together without your assistance, I would suggest we merge the two documents into one and file it by the deadline of October 4. I will wait to receive your copy for review.

Have a greatt day.

Sandra