UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 2:20-cv-53-PLM | 10/5/2021 | 1:31 pm – 3:29 pm | Maarten Vermaat |

## CASE CAPTION

Abrielle Londo v Enright Family Restaurants and Steve Whelan

## APPEARANCES

| Attorney: | Representing: |
|---|---|
| Sandra Hanshaw Burink | Plaintiff |
| Phillip Toutant | Defendants |

## PROCEEDINGS

**NATURE OF HEARING:** Settlement Conference

Case settled.  Parties to file settlement paperwork by 4:00 Thursday, October 7 or appear in person for a final pretrial conference.  If the case proceeds to a final pretrial conference, shall file a joint final pretrial order prior to the conference.

Proceedings Digitally not recorded
Deputy Clerk:  C.A. Moore