IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | | |
|---|---|---|
| ABRIELLE LONDO, | ) | |
| | ) | Case No.: 2:20-cv-53 |
| Plaintiff, | ) | |
| | ) | U.S. District Judge: |
| v. | ) | Hon. Paul L. Maloney |
| | ) | |
| ENRIGHT FAMILY RESTAURANTS, | ) | U.S. Magistrate Judge: |
| INC., et al., | ) | Hon. Maarten Vermaat |
| | ) | |
| Defendants. | ) | |
| | ) | |

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

NOW COME the parties, by and through their respective counsel, and hereby stipulate to the dismissal of the above-captioned case, with prejudice. Said dismissal shall be without assessment of costs and all parties shall bear their own attorney fees.

IT IS SO ORDERED.

Dated: _____                              _____

Approved as to form and substance:

s/ Sandra Hanshaw Burink                           s/ Phillip B. Toutant
_____                     _____
SANDRA HANSHAW BURINK (P68619)                     PHILLIP B. TOUTANT (P72992)
Attorney for Plaintiff                             Attorney for Defendants