IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | | |
|---|---|---|
| ABRIELLE LONDO, | ) | |
| | ) | Case No.: 2:20-cv-53 |
| Plaintiff, | ) | |
| | ) | U.S. District Judge: |
| v. | ) | Hon. Paul L. Maloney |
| | ) | |
| ENRIGHT FAMILY RESTAURANTS, | ) | U.S. Magistrate Judge: |
| INC., et al., | ) | Hon. Maarten Vermaat |
| | ) | |
| Defendants. | ) | |
| | ) | |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

NOW COME the parties, by and through their respective counsel, and hereby stipulate to the dismissal of the above-captioned case, with prejudice. Said dismissal shall be without assessment of costs and all parties shall bear their own attorney fees.

IT IS SO ORDERED.

Dated:  October 7, 2021

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge

Approved as to form and substance:

s/ Sandra Hanshaw Burink

SANDRA HANSHAW BURINK (P68619)
Attorney for Plaintiff

s/ Phillip B. Toutant

PHILLIP B. TOUTANT (P72992)
Attorney for Defendants